## E. E. Murtland, Appellant, *v.* Phillip Callihan.

Argued May 14, 1896. Appeal, No. 99, April T., 1896, by plaintiff, from judgment of C. P. Butler Co., Sept. T., 1895, No. 69, for defendant. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ. Affirmed.

OPINION BY WICKHAM, J., July 16, 1896 :

By agreement of counsel filed in writing the decision in E. E. Murtland v. George Callihan, this day handed down, is made equally applicable to this case.

The judgment of the court below is therefore affirmed.